

MIED (Rev.5/13) General Civil Complaint

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Lila Saleh

Plaintiff(s),

v.

Case: 5:20-cv-12469
Judge: Levy, Judith E.
MJ: Grand, David R.
Filed: 09-03-2020 At 01:23 PM
CMP LILA SALEH V QUICKEN LOANS ET AL (SS)

Quicken Loans          Defendant(s).

## COMPLAINT

I.  **Defendant(s).**  Print the full name for each defendant.  If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1. Peter Schneiderman

2. Neil Sherman

3. Jane Enright

4. Wayne County Sheriff

5. Wayne County Register of Deeds

II.  **Statement of claim.**  Briefly state the facts of your case.  Describe how each defendant is involved, and exactly what each defendant did, or failed to do.  Include names of any other persons involved, dates, and places.  You may use additional paper if necessary.

Defendants worked together and denied me due process and Illegally seized my land 7306 Payne. Denied me Due Process at 19th District Court on 4-27-10 turned me away.

MIED (Rev.5/13) General Civil Complaint

Peter Schneiderman opened One Stop Recording to record my illegally seized property.

Used 19th District Court and Dearborn Police to use force and threat to remove me from my property.

Peter Schneiderman used my dead brothers name Moammar Saleh to Break the Chain in my deed.

Quicken Loans and other Defendants Breached their contracts and duties.

III.   Relief.   Briefly state exactly what you want the court to do for you.

I am in fear for my safety Defendants are my government.

I would like a criminal investigation.

I would like a jury trial.

I would like the DEED to 7306 Payne Ave Dbn MI 48126 corrected as well as Public records.

I would like occupants off my land.

MIED (Rev.5/13) General Civil Complaint

IV.     <u>Additional Information</u>. – Briefly enter any additional information, you may use additional paper.

I would like to Ammed this Complaint, as I am in

fear of Defendants. I would like to file this in person

but afraid to come into court alone.

V.      <u>Demand for Jury Trial</u>.   Check this box if you want your case to be decided by a jury, instead of a judge.

☒      Plaintiff demands a jury trial on all issues.

Dated:  September 1, 2020

Plaintiff's Signature

Lila Saleh
Plaintiff's Printed Name

13203 Montego Drive
Street Address

Sterling Height MI 48312
City, State, Zip Code

586-722-5508
Telephone Number

LAYLAROCKS23@GMAIL.COM
E-mail Address

United States District Court
Detroit MI

I am Lila Saleh, an American Citizen
living in Michigan.
I am not rich or powerful, Defendants
Peter Schneiderman, Dan Gilbert, Quicken
Loans and my government are.
In Violation of R.I.C.O. Defendants,
Private Businesses and members of my
government colluded to deny me
Due Process and use their Offices to
illegally seize my land 7306 Payne
Dearborn MI 48126.
I had a Contract with Quicken Loans.
My property valued at 166,000 and
I took a loan on my property.
I do not know about Mortgages, but

I believe in the Contract I signed.
Defendants found it more advantageous
to use their powers to defraud
me and threaten me with police
force.
The attached documents my Quit Claim Deed,
Businesses and Court Records stand
alone to prove they acted together
unlawfully.
I am but one person and the Defendants
are many but I do deserve my day
in Court.
I do not have the resources to bring
forward or the power to hold Defendants
accountable.
I ask The United States Attorney General

to join me in my Complaint against
Peter Schneiderman, Quicken Loans,
Wayne County Sheriff, 19th District Court
Judge Mark Somers, Court Clerk Dawn
Norak, City of Dearborn, Dearborn Police,
48th District Court Judge Diane D'Agostini,
Jane Enright, Scott Grabel, Ralph Leggat.
To bring justice to not only myself
but The United States. By defrauding
me Defendants defrauded The United
States too abusing Federal Housing Programs.
I am not a lawyer, but what has and
is happening is wrong.
I am federal expressing these documents
to this Court, The United States Attorney
General, The Justice Dept and others.

The use of law enforcement to Deputize a person from the Accounting Department is utter disgrace of the law.

To use law enforcement against me and I've never been arrested or charged with a crime has me very scared as an American.

Please send me a file number/fees for my Complaint against Defendants to 13203 MONTEGO DRIVE, STERLING HEIGHTS, MI 48312. My telephone is 586-422-5508. My email is Laylaraks23@gmail.com

Respectfully

Lila Saleh

Lila Saleh, United States Citizen



**93 056060**

**QUIT CLAIM DEED**

STATUTORY FORM

u26393.908

*KNOW ALL MEN BY THESE PRESENTS:* That **THE CITY OF DEARBORN**, a municipal corporation

the address of which is **13615 Michigan Avenue, Dearborn, Michigan 48126**

Quit Claim s to **LILA SALEH**

whose street number and postoffice address is **7017 Yinger, Dearborn, Michigan 48120**

the following described premises situated in the **City** of **Dearborn** County of **Wayne**

and State of Michigan, to-wit: **Lot 13, WARREN VINEYARDS SUBDIVISION being a subdivision of a part of the Southwest 1/4 of the Southwest 1/4 of Section 6, T. 2 S., R. 11 E., Village of Springwells (now City of Dearborn), Wayne County, Michigan, as recorded in Liber 45, Page 59 of Plats, Wayne County records.**

**Approximately 7306 Payne**

**Subject to the terms and conditions set forth in C.R. 2-89-93, which includes a right of reverter to the City of Dearborn.**

*(margin left, rotated)* Description Checked Date 2/24/93 Eng. WBK

*(margin right, rotated)* 93 056060

*(margin right, rotated)* FOREST E. YOUNGBLOOD REGISTER OF DEEDS WAYNE COUNTY, MI

*(margin right, rotated)* 93 MAR 11 AM 11:11

together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, for the sum of **THREE THOUSAND TEN DOLLARS ($3,010.00)**

Dated this **1st** day of **March** 19 **93**

Signed in the presence of:

*Judy Van Ooteghem*
**JUDY VAN OOTEGHEM**

*Virginia A. Rushing*
**VIRGINIA A. RUSHING**

Signed by:

*Michael A. Guido*
**MICHAEL A. GUIDO, Mayor, City of Dearborn**
**As authorized by C.R. 2-89-93**

**STATE OF MICHIGAN**
**COUNTY OF WAYNE** } ss.

The foregoing instrument was acknowledged before me this _____ **1st** _____ day of **March**

19 **93** by **MICHAEL A. GUIDO, Mayor, City of Dearborn**

*Virginia A. Rushing*

My Commission expires **Sept. 17** 19 **95** Virginia A. Rushing Notary Public, Wayne County, Michigan

| When Recorded Return To: | Send Subsequent Tax Bills To: | Drafted By: **DOUGLAS WEBER** |
|---|---|---|
| LILA SALEH<br>7017 Yinger<br>Dearborn, MI 48120 | LILA SALEH<br>7017 Yinger<br>Dearborn, MI 48120 | Business Address **13615 Michigan Ave.**<br>**Dearborn, MI 48126** |

Tax Parcel # **92-10-063-33-007** Recording Fee **$13.00** — Revenue Stamps — Exempt MSA 7.456(5)h

**NO REVENUE ATTACHED**

Form # 665102

007281

LF _____
CF _____

TYPE/PRINT IN PERMANENT BLACK INK

**STATE OF MICHIGAN**
DEPARTMENT OF COMMUNITY HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER
**2767463**

**DECEDENT**

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. DATE OF BIRTH (Month, Day, Year) | 3. SEX | 4. DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|
| Moammar K. Saleh | Sept. 21, 1973 | Male | Nov. 13, 2008 |

| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | 6a. AGE - Last Birthday | 6b. UNDER 1 YEAR | 6c. UNDER 1 DAY |
|---|---|---|---|
| | 35 | MONTHS / DAYS | HOURS / MINUTES |

| 7a. LOCATION OF DEATH | 7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH | 7c. COUNTY OF DEATH |
|---|---|---|
| HOSPITAL OR OTHER INSTITUTION - Karmanos Hospital | Detroit | Wayne |

| 8a. CURRENT RESIDENCE - STATE | 8b. COUNTY | 8c. LOCALITY | 8d. STREET AND NUMBER |
|---|---|---|---|
| Michigan | Wayne | Dearborn | 3211 Marie |

| 8e. ZIP CODE | 9. BIRTHPLACE (City and State or Country) | 10. SOCIAL SECURITY NUMBER | 11. DECEDENT'S EDUCATION |
|---|---|---|---|
| 48120 | Dearborn, Michigan | 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 | 12th Grade |

| 12. RACE | 13a. ANCESTRY | 13b. HISPANIC ORIGIN | 14. WAS DECEDENT EVER IN THE U.S. ARMED FORCE |
|---|---|---|---|
| Arabic | Yemeni | No | NO |

| 15. USUAL OCCUPATION | 16. KIND OF BUSINESS OR INDUSTRY | 17. MARITAL STATUS | 18. NAME OF SURVIVING SPOUSE |
|---|---|---|---|
| Painter | Automotive | Never Married | |

**PARENTS**

| 19. FATHER'S NAME (First, Middle, Last) | 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) |
|---|---|
| Mohamed Saleh | Frances Grimm |

**INFORMANT**

| 21a. INFORMANT'S NAME (Type/Print) | 21b. RELATIONSHIP TO DECEDENT | 21c. MAILING ADDRESS |
|---|---|---|
| Mohamed Saleh | Father | 3211 Marie Dearborn, Michigan 48120 |

**DISPOSITION**

| 22. METHOD OF DISPOSITION | 23a. PLACE OF DISPOSITION | Detroit, Michigan |
|---|---|---|
| Burial | Woodmere Cemetery | |

| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | 25. LICENSE NUMBER | 26. NAME AND ADDRESS OF FUNERAL FACILITY |
|---|---|---|
| Kevin B. Ferguson | 401459 | Risko Ferguson Family Funeral Home&Cremation Services 7100 Michigan Ave. Detroit, Michigan 48210 |

**CERTIFICATION**

| 27a. CERTIFIER (Check only one) | 28a. ACTUAL OR PRESUMED TIME OF DEATH | 28b. PRONOUNCED DEAD ON (Mo. Day, Year) | 28c. TIME PRONOUNCED DEAD |
|---|---|---|---|
| ☐ Certifying Physician | 6:08 pm | 11/13/2008 | 6:08 PM |
| ☑ Medical Examiner | 29. MEDICAL EXAMINER CONTACTED? No | 30. PLACE OF DEATH In Patient Hospital | 31. IF HOSPITAL In Patient |

| 27b. Signature and Title | | 32. MEDICAL EXAMINER'S CASE NUMBER | 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER |
|---|---|---|---|
| Anas Kutait M.D. | | | Abdulgadir Adam |

| 27h. DATE SIGNED (Mo. Day, Yr.) | 27i. LICENSE NUMBER |
|---|---|
| 11/17/2008 | 4301088376 |

34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN (Type or Print)
Anas Kutait, M.D., 4100 John R, Detroit, MI 48201

35a. REGISTRAR'S SIGNATURE    *Mildred L. Johnson*    35b. DATE FILED (Mo. Day, Year) NOV 18 2008

**CAUSE OF DEATH**

36. PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| a. DUE TO (OR AS A CONSEQUENCE OF) | Brain Stem infarction secondary to Uncal herniation | 1 Day |
| b. DUE TO (OR AS A CONSEQUENCE OF) | Aggressive B-cell Lymphoma of brain | 2 weeks |
| c. IMMEDIATE CAUSE | | |
| d. UNDERLYING CAUSE | | |

| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE |
|---|---|
| ☐ Yes ☐ Probably | ☐ Not pregnant within past year |
| ☐ No ☑ Unknown | ☐ Pregnant at time of death |

PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I.

| 39. MANNER OF DEATH | 40a. WAS AN AUTOPSY PERFORMED? | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| Natural | No | No |

**MEDICAL EXAMINER**

| 41a. DATE OF INJURY | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|
| | M | |

| 41d. INJURY AT WORK | 41e. PLACE OF INJURY | 41f. IF TRANSPORTATION INJURY | 41g. LOCATION |
|---|---|---|---|

---

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OF THE ORIGINAL RECORD AS RECORDED WITH THE DETROIT DEPARTMENT OF HEALTH. DO NOT ACCEPT UNLESS PREPARED ON APPROVED SECURITY PAPER DISPLAYING THE OFFICIAL SEAL AND SIGNATURE OF THE ISSUING AGENCY. NOT VALID IF PHOTOCOPIED. LAMINATION MAY VOID CERTIFICATE.

*1 339951*

DETROIT VITAL RECORDS

NOV 1 2 2008
Dated

*Mildred L. Johnson*
Mildred L. Johnson, Registrar
City of Detroit Health Department

**Department of Health**
**Death Records**

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND ON WHITE PAPER. THE BACK OF THIS PAPER CONTAINS A WATERMARK. HOLD AT AN ANGLE

2009 OCT 16 PH 3: 42

Bernard J. Youngblood
Wayne County Register of Deeds
October 16, 2009 03:42 PM
Liber 48172 Page 1147-1153
#209350090 SHD FEE: $33.00

FILE DO NOT MAIL

## SHERIFF'S DEED ON MORTGAGE SALE

**This Indenture** made the <u>7th day of October, A.D. 2009</u>, between <u>Ralph Leggat</u>, a Deputy Sheriff in and for <u>Wayne</u>, Michigan, party of the first part and <u>Mortgage Electronic Registration Systems, Inc. ("MERS") solely as nominee for lender and lender's successors and assigns</u>, party of the second part (hereinafter called the grantee) whose address is c/o <u>1100 Virginia Drive, Fort Washington, PA 19034.</u>

**WITNESSETH,** that whereas, <u>MOAMMAR SALEH, A SINGLE MAN and LILA SALEH, AN UNMARRIED WOMAN</u>, made a certain mortgage to <u>Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for lender and lender's successors and assigns,</u> (hereinafter called the mortgagee), which was duly recorded in Document No./Liber <u>41515</u>, on Page <u>408</u>, <u>Wayne</u> County Records

**WHEREAS,** said mortgage contained a power of sale which has become operative by reason of a default in the condition of said mortgage, and

**WHEREAS,** no suit of proceedings at law or in equity to recover the debt secured by said mortgage or any part thereof, and

**WHEREAS,** by virtue of said power of sale, and pursuant to the statue of the State of Michigan in such case made and provided, a notice was duly published and a copy thereof was duly posted in a conspicuous place upon the premises described in said mortgage that said premises, or some part of them, would be sold on the <u>7th day of October, A.D. 2009</u> Notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public venue in Courtroom 1607, Wayne County Circuit Court Tower in the Coleman A. Young Municipal Center in Detroit in Wayne County, Michigan., that being the place of holding the Circuit Court for Wayne County, whereas the premises are situated and

**WHEREAS,** pursuant to said notice I did at <u>01:00</u> in the forenoon on the day aforesaid, expose for sale at the public venue the said lands and tenements hereinafter described and on such sale did strike off and sell the said lands and tenements to the grantee for the sum of $146,204.04, One Hundred Forty-Six Thousand Two Hundred Four Dollars and Four Cents, that being the highest bid therefore and the grantee being the highest bidder, and

**WHEREAS,** said lands and tenements are situated in the CITY of DEARBORN, Wayne County, Michigan, more particularly described as follows:

LOT (S) 13, WARREN VINEYARDS SUBDIVISION, AS RECORDED IN LIBER 45, PAGE 59 OF PLATS, WAYNE COUNTY RECORDS.
Tax/Parcel I.D. No. 82-10-063-33-007

A.K.A 7306 PAYNE, DEARBORN, MI 48126
This instrument is exempt form Michigan State transfer tax under MCL 207.526 (v) and County MCLA 207.505 (h)(?)  FNMA # 1697012222

*SALE ADJOURNED FROM FEBRUARY 11, 2009 TO OCTOBER 7, 2009

File No. GMAC 2289

**03455684** OCT 15 2004

Li-41515      Pa-408
204533971  10/15/2004
Bernard J. Youngblood
Wayne Co. Register of Deeds

**Title Source, Inc.**

# MORTGAGE

4673614257

*1642280*

*R# 1650445*

**Return To:**
Sharyn Labby
Quicken Loans Inc.
20555 Victor Parkway
Livonia, MI 48152

MIN 100039046736142577

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated  August 30, 2004

together with all Riders to this document.

Borrower's address is 7306 Payne , Dearborn, MI 48126
. Borrower is the mortgagor under this Security Instrument.

Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS                    Form 3023 1/01

419467472

<< Back

**MOHAMED SALEH**
**FRANCES M. SALEH**
3211 MARIE ST.
DEARBORN , MI 48120

1182

74-7772/2724

3-26-10  Date

Pay to the
Order of  Jane Enright  $ 4,000 00/100

four thousand & zero cents  Dollars

Dearborn Village
Community Credit Union
4353 Maple Avenue
Dearborn, MI 48126

For 7306 Payne Retainer  Mohamed Saleh

⑈272477720⑈  0003665361⑈ 1182

R&T#: 272477720  Account#: 3665361  Draft#: 1182  Amount$: 4,000.00  Date: 3/29/2010  Sequence: 99746404

R&T#: 272477720  Account#: 3665361  Draft#: 1182  Amount$: 4,000.00  Date: 3/29/2010  Sequence: 99746404

Approved, SCAO

Original - Court
Additional copies to all attorneys of record
and unrepresented parties
JIS CODE: ATT

| STATE OF MICHIGAN<br>19th  **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY PROBATE** | **APPEARANCE** | **CASE NO.**<br><br>10-0328LT |
|---|---|---|

**Court address**
16077 Michigan Ave Dearborn, Mi 48126

**Court telephone no.**
(313) 943-2060

| Plaintiff(s)/Petitioner(s)<br>Federal National Mortgage Association<br><br>c/o Plaintiffs Attorney | v | Defendant(s)/Respondent(s)<br>Lila Saleh<br><br>7306 Payne<br>Dearborn mi 48126 |
|---|---|---|

☐ Probate   In the matter of _____

☐ Juvenile   In the matter of _____

TO:      Clerk of the court/Register, all attorneys of record, and unrepresented parties:      Specify names and addresses.

Andrew J Hubbs (57860)
Tricia A.Nelson  (68707)
23938 Research Drive Suite 300
Farmington Hills Michigan 48335
248-539-7400
Attorneys for Plaintiff

*19TH DISTRICT ... R...*
*DEARBORN, MICHIGAN*

Jane Groves Enright (37344)
George & Enright PC
330 E Maple Road # 286
Birmingham Mi 48009
248-792-9514
Attorney for Defendant

I appear on behalf of ___Lila Saleh_____ as

☑ attorney      ☐ guardian ad litem      and request copies of all papers filed in this case.

☐ Court appointed   ☑ Retained by  Lila Saleh

I certify that I represent no other interest whatsoever of any party to this cause, except as follows:

04/22/2010
Date

Jane Groves Enright                    ⊞ 37344
Name (type or print)                    Bar no.
George & Enright PC
Firm name

Signature

330 E Maple Road #286
Address
Birmingham Mi 48009              248-792...
City, state, zip                        Telephone no.

**MC 02**  (3/08)  **APPEARANCE**

MCR 2.117, MCR 3.915(C), MCR 3.916(B)



Troubleshooting    Document List    New Search

---

MICHIGAN DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH
BUREAU OF COMMERCIAL SERVICES
(FOR BUREAU USE ONLY)

**Name:**
Schneiderman & Sherman, P.C.

**Address:**
28100 Providence Drive, Suite 400

| City | State | ZIP Code |
|------|-------|----------|
| Southfield | MI | 48075 |

Document will be returned to the name and address you enter above.
If left blank the document will be mailed to the registered office.    EFFECTIVE DATE:

## ARTICLES OF INCORPORATION
### For use by Domestic Profit Corporations
(Please read information and instructions on the last page)

Pursuant to the provisions of Act 284, Public Acts of 1972, the undersigned corporation executes the following Articles:

**ARTICLE I**

The name of the corporation is:

One Stop Recording, Inc.

**ARTICLE II**

The purpose or purposes for which the corporation is formed is to engage in any activity within the purposes for which corporations may be formed under the Business Corporation Act of Michigan.

**ARTICLE III**

The total authorized shares:

1. Common Shares ___60,000___

   Preferred Shares _____

2. A statement of all or any of the relative rights, preferences and limitations of the shares of each class is as follows:

**ARTICLE IV**

1. The name of the resident agent at the registered office is:    Peter M. Schneiderman

2. The address of the registered office is:

   23999 Research Drive, Suite 200    Farmington Hills    , Michigan    48335
   (Street Address)    (City)    (ZIP Code)

3. The mailing address of the registered office, if different than above:

   _____    _____    , Michigan    _____
   (Street Address or P.O. Box)    (City)    (ZIP Code)

07/07/2009    4:10PM

# 7306 PAYNE DEARBORN, MI

Schneiderman & Sherman, P.C.23100 Providence Drive, Suite 450Southfield, MI 48075SCHNEIDERMAN & SHERMAN. P.C., IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT (248)539-7400 IF YOU ARE IN ACTIVE MILITARY DUTY.MORTGAGE SALE - Default has been made in the conditions of a mortgage made by MOAMMAR SALEH, A SINGLE MAN and LILA SALEH, AN UNMARRIED WOMAN, to Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for lender and lender''s successors and assigns., Mortgagee, dated August 30, 2004, and recorded on October 15, 2004, in Liber 41515, on Page 408, Wayne County Records, Michigan, on which mortgage there is claimed to be due at the date hereof the sum of One Hundred Thirty-Three Thousand Six Hundred Fifty-Three Dollars and Forty-Five Cents ($133,653.45), including interest at 6.500% per annum. Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public venue. Notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public venue in Courtroom 1607, Wayne County Circuit Court Tower in the Coleman A. Young Municipal Center in Detroit in Wayne County, Michigan, at 01:00 PM o''clock, on February 11, 2009Said premises are located in Wayne County, Michigan and are described as:LOT (S) 13, WARREN VINEYARDS SUBDIVISION, AS RECORDED IN LIBER 45, PAGE 59 OF PLATS, WAYNE COUNTY RECORDS. The redemption period shall be 6 months from the date of such sale unless determined abandoned in accordance with 1948CL 600.3241a, in which case the redemption period shall be 30 days from the date of such sale.Dated: January 9, 2009Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for lender and lender''s successors and assigns, Mortgagee/AssigneeSchneiderman & Sherman, P.C.23100 Providence Drive, Suite 450Southfield, MI 48075(1-13)(2-3)

Acordex Java TIFF Viewer

Page 1 of 1

Troubleshooting    Document List    New Search

# Michigan Department of Labor & Economic Growth

## Filing Endorsement

This is to Certify that the CERTIFICATE OF RESTORATION (DOMESTIC)

*for*

QUICK FINANCIAL, L.L.C.

ID NUMBER: B1081P

received by facsimile transmission on March 29, 2007 is hereby endorsed Filed on April 3, 2007 by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 3RD day of April, 2007.

_____, Director

Bureau of Commercial Services

Seal for Facsimile Transmission 07/2002

BCS - Acordex Java TIFF Viewer

| Troubleshooting | Document List | New Search |

**MICHIGAN DEPARTMENT OF CONSUMER & INDUSTRY SERVICES**
**BUREAU OF COMMERCIAL SERVICES**

Date Received

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name
Peter M. Schneiderman & Associates, P.C.

Address
30300 Northwestern Highway, Suite 222

City
Farmington Hills, Michigan 48334

EFFECTIVE DATE:

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

**ARTICLES OF ORGANIZATION**
**For use by Domestic Limited Liability Companies**
(Please read information and instructions on last page)

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned execute the following Articles.

B

**ARTICLE I**

The name of the limited liability company is: QUICK FINANCIAL, L.L.C.

**ARTICLE II**

The purpose or purposes for which the limited liability company is formed is to engage in any activity within the purposes for which a limited liability company may be formed under the Limited Liability Company Act of Michigan.

**ARTICLE III**

The duration of the limited liability company if other than perpetual is _____

**ARTICLE IV**

1. The street address of the location of the registered office is:
7540 Appoline, Dearborn, Michigan 48126

2. The mailing address of the registered office if different than above:
Michigan

3. The name of the resident agent at the registered office is: Fadi H. Hammoud

**ARTICLE V** (Insert any desired additional provision authorized by the Act; attach additional pages if needed.)

Signed this 12th day of December 2003

By _____

FADI H. HAMMOUD

12/22/2003  11:08AM

2010 JAN 12  PM 1:50

Bernard J. Youngblood
Wayne County Register of Deeds
January 12, 2010  01:52 PM
Liber 48296 Page 1150-1150
*2010000449  9CD  FEE: $15.00

## QUIT-CLAIM DEED

MOAMMAR SALEH/GMAC.2289

The Grantor(s), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR LENDER AND LENDER'S SUCCESSORS AND ASSIGNS,

whose address is 1100 Virginia Drive, PO BOX 8300, Fort Washington, PA 19034

quit claim to  FEDERAL NATIONAL MORTGAGE ASSOCIATION

whose address is ONE SOUTH WACKER DRIVE, CHICAGO, ILLINOIS 60606

the following described premises situated in the CITY of DEARBORN, County of Wayne, and State of Michigan, and legally described as:

LOT (S) 13, WARREN VINEYARDS SUBDIVISION, AS RECORDED IN LIBER 45, PAGE 59 OF PLATS, WAYNE COUNTY RECORDS.
AKA 7306 PAYNE, DEARBORN, MI  48126      TAX ID# 82-10-063-33-007

for the sum of – ($1.00) Exempt pursuant to EXEMPT UNDER MCL 207.505 (a) and MCL 207.526(a)

Dated: _12/29/09_

2010 APR 14  P 3: 19

19TH DISTRICT COURT

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
("MERS"), SOLELY AS NOMINEE
FOR LENDER AND LENDER'S
SUCCESSORS AND ASSIGNS,

By: Stephen A. Rice
Its: Certifying Officer

STATE OF MICHIGAN)
                                        SS.
COUNTY OF OAKLAND)
The foregoing instrument was acknowledged before me this _29th_ day of _Dec_. 2009, by Stephen A. Rice of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR LENDER AND LENDER'S SUCCESSORS AND ASSIGNS,, its Certifying Officer.

S.M. CUYLLE, Notary Public
Macomb County, Michigan
My Comm. Exp. Apr. 30, 2011
Acting in Oakland County

_____, Notary Public
_____County,
My Commission Expires:_____

**County Treasurer's Certificate**              **City Treasurer's Certificate**

DRAFTED BY AND WHEN RECORDED
RETURN TO:
Sherri M. Tremonti
SCHNEIDERMAN & SHERMAN, P.C.
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335

Original - Court    1st copy – Proof of Service    2nd copy – Mortgage    3rd copy - Tenant    4 th copy - Mailing

| STATE OF MICHIGAN JUDICIAL DISTRICT 19TH DISTRICT COURT | SUMMONS Summary Proceeding | CASE NO. 10-0328LT |
|---|---|---|

| Court Address | Court telephone no. |
|---|---|
| 19Th District Court 16077 Michigan Ave. Dearborn, MI 48126 | 313-943-2060 |

| Plaintiff name and address | Plaintiff's attorney, bar no., address, and telephone no. |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>c/o Plaintiff's Attorney | Andrew J. Hubbs (P57860)<br>Tricia A. Nelson (P68707)<br>SCHNEIDERMAN & SHERMAN, P.C.<br>23938 Research Drive, Suite 300<br>Farmington Hills, Michigan 48335<br>(248) 539-7400 |

v

| Defendant's name and address |
|---|
| MOAMMAR SALEH<br>LILA SALEH<br><br>And all other occupants<br>7306 Payne<br>DEARBORN, MI 48126 |

To the Landlord: If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

___  Rental unit eviction

___  Land contract forfeiture

 X   Holdover eviction proceedings
     pursuant to MCL.600.5714(1)(g)

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. The plaintiff has filed a complaint against you and wants
   ___ to recover possession after land contract forfeiture;
   ___ a money judgment;
   X to evict you from;

| Address or description of premises |
|---|
| 7306 PAYNE, DEARBORN, MI 48126<br>(HELD OVER AFTER SHERIFF'S SALE) |

2. You are summoned to be in the district court on **TUESDAY APRIL 27, 2010** at **8:00AM**
   Day and date                                                                    Time
   **X** at the address above, ____ **JUDGE MARK W. SOMERS** ____ , courtroom ____ **1** ____ .
                                                                      Location

3. You have the right to a jury trial. If you do not demand a jury trial and pay the required jury fee in your first defense response, you will lose this right.
4. If you are in district court on time, you will have an opportunity to give the reasons why you feel you should not be evicted. Bring witnesses, receipts, and other necessary papers with you.
5. If you are not in district court on time, you may be evicted without a trial and a money judgment may be entered against you.

LEN R SERVICE ~~BNK~~ PAID

**4-14-10**                              **SHARON E. LANGEN**
Date issued                                      Court clerk
*Certificate of mailing applies to landlord-tenant cases only

**CERTIFICATE OF MAILING BY COURT***

I certify that on this date a copy of this summons and the complaint and required attachments were served on the defendant(s) by ordinary mail addressed to the address shown above unless otherwise indicated.

**4-14-10**                              **DAWN NOVAK**
Date                                          Court clerk/officer

**CERTIFICATE OF MAILING BY PLAINTIFF***

I certify that on this date a copy of this summons and the complaint and required attachments were served on the defendant(s) by ordinary mail addressed to the address shown above unless otherwise indicated. I have attached a receipt of mailing from the post office.

_____                    _____
Date                                          Plaintiff signature

MCL 600.5735; MSA 27A.5735, MCR 2.102, MCR 4.201(C), MCR 4.202(E)

ADVANTAGE APPRAISAL CO.

1613628
File No. 040730-1

# APPRAISAL OF



## LOCATED AT:

7306 PAYNE
DEARBORN, MI 48126

## FOR:

QUICKEN LOANS, INC.
20555 VICTOR PARKWAY
LIVONIA, MI  48152

## BORROWER:

SALEH

## AS OF:

August 5, 2004

## BY:

IVY J. SMITH

# FannieMae

ADVANTAGE APPRAISAL CO.    1613628

## Desktop Underwriter Quantitative Analysis Appraisal Report

File No.: 040730-1

**THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT FOR A MORTGAGE FINANCE TRANSACTION ONLY.**

### SUBJECT

| | |
|---|---|
| Property Address 7306 PAYNE | City DEARBORN    State MI    Zip Code 48126 |
| Legal Description LOT 13, WARREN VINEYARDS | County WAYNE |
| Assessor's Parcel No. 32821006333007 | Tax Year 2004    R.E.Taxes $ 1600+/-    Special Assessments $ 0 |
| Borrower SALEH    Current Owner SAME | Occupant: [X] Owner ☐ Tenant ☐ Vacant |
| Neighborhood or Project Name WARREN VINEYARDS | Project Type ☐ PUD ☐ Condominium HOA$    0.00 /Mo. |
| Sales Price $ REFINANCE    Date of Sale N/A | Description/$ amount of loan charges/concessions to be paid by seller 0 |
| Property rights appraised [X] Fee Simple ☐ Leasehold    Map Reference SMSA # 2160 | Census Tract 5738 |

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

### NEIGHBORHOOD

| Location | ☐ Urban | [X] Suburban | ☐ Rural | Property values | [X] Increasing | ☐ Stable | ☐ Declining | Single family housing | | Condominium housing | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Built up | [X] Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/supply | ☐ Shortage | [X] In balance | ☐ Over supply | PRICE $(000) | AGE (yrs) | PRICE $(000) | AGE (yrs) |
| Growth rate | ☐ Rapid | [X] Stable | ☐ Slow | Marketing time | [X] Under 3 mos. | ☐ 3-6 mos. | ☐ Over 6 mos. | 140 Low | 10 | N/A Low N/A | |

Neighborhood boundaries THE NEIGHBORHOOD BOUNDARIES ARE JOY RD. TO THE NORTH, SCHAEFER RD. TO THE EAST, WARREN RD. TO THE SOUTH AND GREENFIELD RD. TO THE WEST IN AN ESTABLISED RESIDENTIAL AREA.

|  | |  | |
|---|---|---|---|
| 200 High | 85+ | N/A High N/A | |
| Predominant | | Predominant | |
| 165 | 40-50 | N/A | N/A |

### SITE

| | |
|---|---|
| Dimensions 35 X 126 | Site area 4410 Sq. Ft.    Shape RECTANGULAR |
| Specific zoning classification and description R-1 / SINGLE FAMILY RESIDENTIAL | |
| Zoning compliance [X] Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal, attach description ☐ No zoning | |
| Highest and best use of subject property as improved ( or as proposed per plans and specifications): [X] Present use ☐ Other use, attach description. | |

| Utilities | Public | Other | | Public | Other | Off-site improvements | Type | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street | CONCRETE | [X] | ☐ |
| Gas | [X] | | Sanitary sewer | [X] | | Alley | NONE | ☐ | ☐ |

Are there any apparent adverse site conditions (easements, encroachments, special assessments, slide areas, etc.)? ☐ Yes [X] No    If Yes, attach description.

### IMPROVEMENTS

| | |
|---|---|
| Source(s) used for physical characteristics of property: [X] Interior and exterior inspection ☐ Exterior inspection from street ☐ Previous appraisal files | |
| ☐ MLS ☐ Assessment and tax records ☐ Prior inspection ☐ Property owner ☐ Other (Describe): | |
| No. of Stories 1.5    Type (Det./Att.) DET    Exterior Walls BRICK/VINYL    Roof Surface A/SHINGLE    Manufactured Housing ☐ Yes [X] No | |
| Does the property generally conform to the neighborhood in terms of style, condition, and construction materials? [X] Yes ☐ No If No, attach description. | |
| Are there any apparent physical deficiencies or conditions that would affect the soundness or structural integrity of the improvements or the livability of the property? ☐ Yes [X] No If Yes, attach description. | |
| Are there any apparent adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property? ☐ Yes [X] No If Yes, attach description. | |

### SALES COMPARISON ANALYSIS

I researched the subject market area for comparable listings and sales that are the most similar and proximate to the subject property.

My research revealed a total of 3 sales ranging in sales price from $ 155,500 to $ 189,500.

My research revealed a total of listings ranging in list price from $ 0 to $ 0.

The analysis of the comparable sales below reflects market reaction to significant variations between the sales and the subject property.

| FEATURE | SUBJECT | SALE 1 | +(-)$ Adjustment | SALE 2 | +(-)$ Adjustment | SALE 3 | +(-)$ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 7306 PAYNE DEARBORN | 7645 CHASE DEARBORN | | 7825 STEADMAN DEARBORN | | 7537 WILLIAMSON DEARBORN | |
| Proximity to Subject | | 0.34 MI ENE | | 0.34 MI NNE | | 0.47 MI ENE | |
| Sales Price | $ REFINANCE | $ 155,500 | | $ 173,000 | | $ 189,500 | |
| Price/Gross Liv. Area | $ 0.00 ☐ | $ 139.59 ☐ | | $ 112.85 ☐ | | $ 120.09 ☐ | |
| Data & Verif. Sources | | MLS# 24020020 | | MLS# 24026219 | | MLS# 23100880 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sales or Financing Concessions | | FHA UNKNOWN | | CONV NONE | | CONV NONE | |
| Date of Sale/Time | N/A | 03/30/2004 | | 05/24/2004 | | 03/19/2004 | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Site | 35 X 126 | 40 X 126 | | 43 X 111 | | 30 X 125 | |
| View | OTHER RES | OTHER RES | | OTHER RES | | OTHER RES | |
| Design (Style) | 1.5 STORY/AVG. | 1 STORY/AVG. | | 2 STORY/AVG. | | 1.5 STORY/AVG. | |
| Actual Age (Yrs.) | 1993 | 1961 | 5,000 | 1992 | | 1927 | 5,000 |
| Condition | GOOD | AVERAGE | | GOOD | | AVERAGE | |
| Above Grade | Total 5 Bdrms 3 Baths 1.00 | Total 5 Bdrms 3 Baths 1.00 | | Total 7 Bdrms 4 Baths 2.00 | -2,000 | Total 8 Bdrms 5 Baths 2.00 | -2,000 |
| Room Count | | | | | | | |
| Gross Living Area | 1,276 Sq. Ft. | 1,114 Sq. Ft. | | 1,533 Sq. Ft. | | 1,578 Sq. Ft. | |
| Basement and Finished | UNFINISHED | FINISHED | -4,000 | FINISHED | -4,000 | FINISHED | -4,000 |
| Rooms Below Grade | BASEMENT | BASEMENT/LAV. | -1,000 | BASEMENT/LAV. | -1,000 | BASEMENT/BATH | -2,000 |
| Garage/Carport | 2 DET GARAGE | 1 DET GARAGE | 2,000 | 2 DET GARAGE | | 2 DET GARAGE | |
| UPGRADES: | WINDOWS,CA | CA | 4,000 | WINDOWS,CA | | WIND, CA, FL.RM. | -1,000 |
| UPGRADES: | NONE | KITCHEN MDZ. | -4,000 | NONE | | KIT/BATH MDZ. | -5,000 |
| Net Adj. (total) | | [X] + ☐ - $ | 2,000 | ☐ + [X] - $ | 7,000 | [X] + ☐ - $ | 9,000 |
| Adjusted Sales Price of Comparables | | Gross: 12.9% Net: 1.3% $ | 157,500 | Gross: 4.0% Net: -4.0% $ | 166,000 | Gross: 10.0% Net: -4.7% $ | 180,500 |
| Date of Prior Sales | | | | | | | |
| Price of Prior Sales | $ 0 | | | $ 0 | | $ 0 | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of the prior sales of subject and comparables: SEE ATTACHED ADDENDUM.

Summary of sales comparison and value conclusion: THE THREE COMPARABLES UTILIZED ARE CONSIDERED SIMILAR IN GENERAL FEATURES SUCH AS LOCATION, QUALITY OF CONSTRUCTION, UTILITY AND PROPERTY APPEAL. THE COMPARABLES USED ARE CONSIDERED TO BE THE BEST AVAILABLE AND MOST REPRESENTATIVE OF THE SUBJECT'S SURROUNDING MARKET AREA. ALL THREE COMPARABLES WERE GIVEN EQUAL CONSIDERATION AFTER ADJUSTMENTS. THERE IS NO DIFFERENCE IN MARKETABILITY BETWEEN A 1, 1.5 OR 2 STORY HOME. THERE IS NO DIFFERENCE IN MARKETABILITY BETWEEN A 3, 4 OR 5 BEDROOM HOME.

This appraisal is made [X] "as-is", or ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, or ☐ subject to the following repairs, alterations or conditions:

BASED ON AN ☐ EXTERIOR INSPECTION FROM THE STREET OR AN [X] INTERIOR AND EXTERIOR INSPECTION, I ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT TO BE $ 166,000 , AS OF 08/05/2004.

Produced using ACI software, 800.234.8727 www.aciweb.com

## STATE OF MICHIGAN

## IN THE DISTRICT COURT FOR THE 48ᵀᴴ JUDICIAL DISTRICT

**LILA SALEH,**

an individual,

      Plaintiff/Counter-Defendant,

v

**JANE GROVES ENRIGHT and**

**GEORGE & ENRIGHT, P.C.,**

a Professional Corporation

      Defendants/Counter-Plaintiff

Case NO. 12-31927 GC2

Hon. Diane D'Agostini

---

| | |
|---|---|
| Scott A. Grabel (P53310) | JEFFREY J. FLEURY (P53884) |
| **A. SCOTT GRABEL & ASSOCIATES** | CAREY L. SIENKIEWICZ (P74146) |
| Attorneys for Plaintiff | **AHERN FLEURY** |
| 1650 Kendale Blvd Suite 110 | Attorneys for Defendants |
| East Lansing, MI 48823 | 430 N. Old Woodward, Second Floor |
| (800) 342-7896 | Birmingham, MI 48009 |
| | (248) 723-6101 |

---

## PLAINTIFF/COUNTER-DEFENDANT LILA SALEH'S ANSWER TO DEFENDANT-COUNTER PLAINTIFF JANE ENRIGHT'S COUNTER COMPLIANT, AFFIRMATIVE DEFENSES

---

**NOW COMES** Plaintiff-Counter-Defendant Lila Saleh by her attorneys A. Scott Grabel and Associates, and her Answer to Defendant/Counter Plaintiff Jane Enright's Counter Complaint, state as follows:

1. Admitted that Plaintiff-Counter Defendant created and purchased a website from wix.com, which bears Ms. Enright name.

2. Admitted that Plaintiff-Counter Defendant website can be found in the top 10 Google searches for Ms. Enright.

1

| Troubleshooting | Document List | New Search |

05/25/2010 9:58:40 PM        FAXCOM                    PAGE 5   OF 7

**COMPLETE ONLY ONE OF THE FOLLOWING:**

4. Profit or Nonprofit Corporation: For amendments adopted by unanimous consent of incorporators before the first meeting of the board of directors or trustees.

The foregoing amendment to the Articles of Incorporation was duly adopted on the _____ day of

_____, in accordance with the provisions of the Act by the unanimous consent of the incorporator(s) before the first meeting of the Board of Directors or Trustees.

Signed this _____ day of _____.

_____        _____
(Signature)                              (Signature)

_____        _____
(Type or Print Name)                     (Type or Print Name)

_____        _____
(Signature)                              (Signature)

_____        _____
(Type or Print Name)                     (Type or Print Name)

5. Profit Corporation Only: Shareholder or Board Approval

The foregoing amendment to the Articles of Incorporation proposed by the board was duly adopted on the 24th day of May , 2010 , by the (check one of the following):

- [x] shareholders at a meeting in accordance with Section 611(3) of the Act

- [ ] written consent of the shareholders having not less than the minimum number of votes required by statute in accordance with Section 407(1) of the Act. Written notice to shareholders who have not consented in writing has been given. (Note: Written consent by less than all of the shareholders is permitted only if such provision appears in the Articles of Incorporation.)

- [ ] written consent of all the shareholders entitled to vote in accordance with Section 407(2) of the Act

- [ ] board of a profit corporation pursuant to section 611(2) of the Act

Profit Corporations and Professional Service Corporations

Signed this 24th day of May , 2010

By _Peter M. Schn.._
(Signature of an authorized officer or agent)

Peter M. Schneiderman
(Type or Print Name)

05/25/2010  4:01PM

| Troubleshooting | Document List | New Search |
|---|---|---|

05/25/2010 9:58:40 PM    FAXCOM                              PAGE 4   OF 7

**MICHIGAN DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH**
**BUREAU OF COMMERCIAL SERVICES**
(FOR BUREAU USE ONLY)

Name
SCHNEIDERMAN & SHERMAN, P.C.
Address
23938 Research Drive, Suite 300
City                        State        ZIP Code
Farmington Hills     MI        48335

## CERTIFICATE OF AMENDMENT TO THE ARTICLES OF INCORPORATION
For use by Domestic Profit and Nonprofit Corporations

Pursuant to the provisions of Act 284, Public Acts of 1972, (profit corporations), or Act 162, Public Acts of 1982 (nonprofit corporations), the undersigned corporation executed the following Certificate:

1. The present name of the corporation is:  One Stop Recording, Inc.

2. The identification number assigned by the Bureau is:  02628M

3. Article _____ I _____ of the Articles of Incorporation is hereby amended to read as follows:

The name of the Corporation is:  Flying Monkeys, Inc.

05/25/2010  4:01PM

http://www.dleg.state.mi.us/bcs_corp/image...

| STATE OF MICHIGAN JUDICIAL DISTRICT 19TH DISTRICT COURT | JUDGMENT OF POSSESSION | CASE NO. 10-0328LT |
|---|---|---|

**Court address**
19Th District Court, 16077 Michigan Ave., Dearborn, MI 48126                    Court telephone no. 313-943-2060

| Plaintiff | | Defendant(s) |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>c/o Plaintiff's Attorney | V | MOAMMAR SALEH<br>LILA SALEH<br>And all other occupants<br>7306 Payne<br>DEARBORN, MI 48126 |

Andrew J. Hubbs (P57860)
Tricia A. Nelson (P68707)
SCHNEIDERMAN & SHERMAN, P.C.
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
(248) 539-7400

*19TH DISTRICT COURT*
*DEARBORN, MICHIGAN*
*MAY 2 4 2010*

**THE COURT FINDS:**

by ____ hearing ____ default
__X__ consent**

*For a defendant on active military duty, default judgment shall not be entered except as provided by the Servicemembers Civil Relief Act.

Plaintiff/Attorney          __ Personal Service

MOAMMAR SALEH
LILA SALEH

And all other occupants
7306 Payne
DEARBORN, MI 48126

Defendant/Attorney          __ Personal Service

**POSSESSION JUDGMENT**

__X__ 1. The plaintiff has a right to possession.

____ 2. There is now due to plaintiff:

    a. Rent to retain possession  $____

    b. Costs  $____

    c. Total  $____

____ 3. The defendant has a right to possession.

**TO THE DEFENDANT**

4. ____ a. An order evicting you will be issued unless you pay the plaintiff or the court the amount due in item 2.c. above or unless you move out on or before _____ *Date*

**OR**

__X__ b. An order evicting you will be issued on or after __6/11/10__ unless you move. *Date*

__X__ 5. You may be liable for money damages after you move if additional rent is owed or if there is damage to the property.

____ 6. Acceptance of partial payment of the total amount due in item 2.c. above ____will ____will not  prevent a writ of restitution from being issued.

__X__ 7. No money judgment is entered at this time.

**MONEY JUDGMENT**

____ 8. A possession judgment was previously entered.

____ 9. A money judgment is entered as follows:
    a. Damages  $____
    b. Costs  $____
    This judgment will earn interest at statutory rates.  c. Total  $____

10. **FURTHER ORDERS:** _____

11. **YOU ARE ADVISED** that you may file a motion for a new trial, a motion to set aside a default judgment, or file an appeal and appeal bond. This must comply with all court rules and must be filed in court by __5/28/10__. You may want legal help. *Date*

____ 12. MCR 4.201(I) was explained to all parties.

**MAY 25 2010**
Date                    Judge          Judge Mark W. Somers P-35821          Bar no.

**CERTIFICATE OF MAILING:** I certify that on this date a copy of the above judgment was mailed to the plaintiff and defendant at their last known addresses, by ordinary mail, unless otherwise indicated.

5-25-10          *Dawn* _____
Date          Deputy clerk

**Approved:**
5/18/10          *Tricia Nelson*
Date          Plaintiff/Attorney

5/20/10          _____
Date          Defendant/Attorney

MCR 4.201(K)(1)(d)  50 USC 521

03455684 OCT 15 2004

Li-41515        Pa-406
204533951   10/15/2004
Bernard J. Youngblood
Wayne Co. Register of Deeds

Title Source, Inc.

## QUIT CLAIM DEED

Deal No.: 11-22523174

Know all persons by these presents; that LILA SALEH, an unmarried woman, whose address is 7306 Payne, Dearborn, MI 48126, quit claim(s) to LILA SALEH, an unmarried woman, and MOAMMAR SALEH, an unmarried man, joint tenants with rights of survivorship, whose street number and post office address is 7306 Payne, Dearborn, MI 48126, the following described premises:

Land in the County of **Wayne**, State of **Michigan**, more particularly described as:

(See Attached - EXHIBIT - Legal Description)

Commonly described as: 7306 Payne, Dearborn, MI 48126
Property ID No. 82-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-700

for the full consideration of **ONE and NO/100 DOLLARS ($1.00)**, subject to existing building and use restrictions, easements and zoning ordinances of record, if any.
**EXEMPTION   MCL 207.505 (a)  and MCL 207.526 (a)**

Dated: August 30, 2004

LILA SALEH

Signed and delivered in the presence of:

STATE OF Michigan        )
                         ) ss.
COUNTY OF Wayne          )

On August 30, 2004          , before me personally appeared LILA SALEH, an unmarried woman, to me known to be the person(s) described in and who executed the foregoing instrument and acknowledged that she executed the same as her free act and deed.

Wayne
County,

My commission expires:

Instrument drafted by:
LILA SALEH
7306 Payne
Dearborn, MI 48126

ALISON MAXWELL
Notary Public - Michigan
Wayne County
My Commission Expires Jan 28, 2008
Acting in the County of Wayne

When recorded return to:
TITLE SOURCE, INC. - Recording Dept.
1450 W. LONG LAKE ROAD, SUITE 400
TROY, MICHIGAN 48098

Approved, SCAO

This form is available from
Target Information Management, Inc.
(517) 337-1811

$20 motion

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT | MOTION<br>Civil<br>To Stay Eviction | CASE NO.<br>10-0328 LT |
|---|---|---|
| Court address | | Court telephone no. |

Plaintiff name(s), address(es), and telephone number(s)

FEDERAL NATIONAL MORTGAGE
ASSOCIATION
c/o

Defendant name(s), address(es), and telephone number(s)

LILA SALEH

MOAMMAR SALEH (NEGLECTED)
7306 PAYNE
DEARBORN MI 48126    586-520-6536

v

Plaintiff's attorney, bar no., address, and telephone no.

Andrew S. Hubbs
Tricia A. Nelson
Schneiderman & Sherman, PC
23938 Research Drive, Suite 300
FARMINGTON HILLS, MI 48335
248-539-7400

Defendant's attorney, bar no., address and telephone no.

☑ Defendant(s),
☐ Attorney for defendant(s)

**MOTION**

I, Lila Saleh, Defendant purchased the property 7306 Payne Dearborn, MI 48126, from the City of Dearborn and built a home, for my daughter, Lauren Saleh and I. We received C of O January 95 and have lived there for 15 years. During 2003, I added via Quit Claim Deed, my brother (JWRS) Moammar Saleh and we had a Mortgage added too. I made payments from coupons sent to 7306 Payne my home. Sometimes my brother made payments we Refianced with a friend, Sama Chahine, Quicken Loans, shortl after, the first loan. There after Quicken Loans Sold our MORTGAGE TO GMAC - WE CONTINUED to make payments, I aslo brought the house out of foreclosure three times. Paying Schneiderman & Sherman each time. The last time I brought the house from ~~foreclosure~~ foreclosure was October 2008

Defendant attorney's signature                Date 6-9-10

Defendant's signature

NOTICE OF HEARING: _____

JUDGE: _____

I certify that on this date a copy of this motion was served upon the plaintiff(s) and/or their attorney by:
☐ personal service.                ☐ ordinary mail addressed to the address(es) shown above.

Date _____                Signature _____

My brother Moammar Saleh, died o., November 13, 200

I notified GMAC mortgage and Schneiderman & Sherman's office that I disputed the claim in controversy when Schneiderman & Sherman sent me a foreclosure letter.

I never heard or received anything except go to court for foreclosure hearing on 2-11-09 - I went to Coleman A. Young Building for court and was told all foreclosure hearings were stayed I waited for next court date. I never received any notice of court. I called Schneiderman's office - no one ever returned my calls. I called GMAC and have been told they need to speak to Moammar SALEH. I tell them he is deceased but GMAC still wants to speak to him or his Personal Rep. Moammar Saleh has no Personal Rep. He had nothing. We held 7306 Payne with Rights of Survivorship.

GMAC cancelled my homeowners insurance and State Farm gave the reason as I have no financial Interest in my home. Then I learn my home is for sale on the internet and I have a Right of Redemption. I hire Esq. Enright who advises me I have to pay $146,000 to Redeem the property and it is best to just foreclose, then accept eviction.

No one, GMAC, Plaintiffs or anyone else asked me for payment. Never sent any bills in almost 2 years. And stealing/converting my property without any due process.

I pray this court grants me a stay of eviction so I can retain legal counsel to really help me. I have not been heard until today, telling the facts and hope there is some public record of my dispute with this.

2 of 2

June 9, 2010

To: Judge Somers

From: Dawn N

Re: 10-0328LT

Judge Somers,
    Is this a valid motion? Should we schedule a motion date? Please advise.


Thank You,

*Dawn N.*

Dawn N
Small Claim/Landlord-Tenant Clerk

*Consent Judgment –*
*Defendant had retained counsel*
*Motion had to be filed by 05-28-2010*

Ralph William Leggat



## Objective

A position with an employer which will allow me to utilize my training in accounting, while providing an opportunity to develop the skills and necessary experiences to become , a certified managerial and or public accountant.

## Education

December 1997: Graduated from the College of Business at Wayne State University, Detroit, Michigan, with the degree, Bachelors of Science in Accounting.

1966 - 76: Attended and graduated from Schoolcraft Community College, Livonia, Michigan, with three, Associates Degrees in Liberal Arts. Science and Business.

Attended and successively completed a Real Estate Training Seminar, given by the Chamberlin Real Estate Corp., Troy, Michigan.

Graduated from Franklin High School, and attended grades K - 12 of the Livonia Public School System, Livonia, Michigan.

## Employment

Presently: Partner, Leggat Construction Corporation, Detroit, Michigan.
Performed various tasks, as directed by collaboration with my partner, along with shared company goals.
* Office management duties including: accounting activities, job performance evaluations ( on budget - on time), customer relations, job cost estimations, sales, purchasing.
* Supervisor at job sites of labor and materials.

1972 -82: Supervisor, Berg-Powell Steel Corporation, Oak Park, Michigan.
Performed various tasks as directed by either of the two corporate owners.
* Set up of slitter machine for materials processing.
* Direct selection of materials from inventory, then the processing of materials through to, finished goods inventory.
* Recording of raw materials for inventory at receiving dock.
* Participate in labor relations with management.

Pre -'72: Sears and Roebuck Corp., Fisher Body Div. of General Motors Corp., Ford Motor Corp., Montgomery Ward Corp., Sun Valley Pools Inc., Baskin Robins Inc., Observer Newspapers Inc.

## Associations & Avocations

Boy Scouts of America, Rosedale Gardens United Presbyterian Church U.S.A., Clements Circle Civic Association, Clan MacKay Scottish Society U.S.A., Alpha Phi Omega (a national service fraternity).

References will be provided upon request.

Report ID: WAYROSTR

**WAYNE COUNTY**
**EMPLOYEE ROSTER REPORT**

Page No. 1
Run Date 08/01/2013
Run Time 15:25:08

Company: WAY
Position Nbr: 010102

EmpId: ~~~~~ Rcd#: 0
Job Code: J7400
Job Title: Accountant

Name: Ralph Leggat
Dept ID: F02 101
Dept Name: WCS/Ct Serv

OPRID : DHARRIS
Loc Code: 200
Loc Name: Coleman Young Municipal Bldg

Empl Status: Active
Sen Date: 03/27/2000

| Action/Reason | Effect Dt | Retro Dt | Seq | Action Dt | Comp Rate | Pos Ndt | Job Code:Title | Dept ID:Name | Union | ER Class |
|---|---|---|---|---|---|---|---|---|---|---|
| PAY / Contr Adj | 06/25/2012 | | 0 | 07/06/2012 | $42,380.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| POS / Ch Rep To | 11/15/2010 | | 0 | 11/24/2010 | $41,549.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| REN / Rec Layoff | 09/13/2010 | | 0 | 09/14/2010 | $41,549.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| TER / Layoff | 06/24/2010 | | 0 | 09/13/2010 | $41,549.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| REN / Rec Layoff | 07/12/2010 | | 0 | 07/15/2010 | $41,549.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| TER / Layoff | 07/01/2010 | | 0 | 07/06/2010 | $41,549.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| POS / Grade Chge | 07/31/2008 | | 0 | 09/11/2008 | $41,549.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Contr Adj | 10/01/2007 | | 0 | 08/04/2008 | $41,549.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Contr Adj | 10/01/2006 | | 0 | 08/04/2008 | $41,136.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Contr Adj | 10/01/2005 | | 0 | 08/04/2008 | $40,731.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Contr Adj | 03/27/2004 | | 0 | 03/30/2004 | $39,932.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Contr Adj | 12/01/2003 | | 0 | 12/04/2003 | $38,582.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Serv Adj | 03/27/2003 | | 0 | | $37,458.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Contr Adj | 12/01/2002 | | 0 | | $36,191.00 | 010102 | J7400:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Serv Adj | 03/27/2002 | | 0 | | $35,137.00 | 010102 | 90006:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Contr Adj | 12/01/2001 | | 0 | | $33,949.00 | 010102 | 90006:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Correction | 11/13/2001 | 05/14/2001 | 0 | | $32,960.00 | 010102 | 90006:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Correction | 05/14/2001 | | 0 | | $32,000.00 | 010102 | 90006:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Serv Adj | 05/13/2001 | 03/27/2001 | 0 | | $31,179.00 | 010102 | 90006:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |
| PAY / Contr Adj | 03/26/2001 | 12/01/2000 | 0 | | $30,125.00 | 010102 | 90006:Accountant | F02 101:WCS/Ct Serv | 004 | Reg-Class |

Report ID: WAYROSTR

**HAYNE COUNTY**
**EMPLOYEE ROSTER REPORT**

Page No. 2
Run Date 08/01/2013
Run Time 15:25:08

Company: WAY
Position Nbr: 010102

Empl: _____ Mod#: 0
Job Code: J7400
Job Title: Accountant

Name: Ralph Leggat
Dept ID: F02 101
Dept Name: WCS/Ct Serv

OPRID : PHARRIS
Loc Code: 200
Loc Name: Coleman Young Municipal Bldg

Empl Status: Active
Sen Date: 03/27/2000
Bldg

| Action/Reason | Effect Dt | Retro Dt | Seq | Action Dt | Comp rate | Pos Nbr | Job Code:Title | Dept ID:Name | Union | EE Class |
|---|---|---|---|---|---|---|---|---|---|---|
| DTA / | 09/27/2000 | | 0 | | $29,248.00 | 010102 | 90006:Accountant | F02 101:WCS/Ct Serv | 004 | Reg Class |
| POS / PosRealloc | 03/27/2000 | | 1 | | $29,248.00 | 010102 | 90006:Accountant | F02 101:WCS/Ct Serv | 004 | Prob-Class |
| HIR / | 03/27/2000 | | 0 | | $29,248.00 | 010102 | 90006:Accountant | F02 101:WCS/Ct Serv | 004 | Prob-Class |

End of Report

## Express

### earthsmart

FedEx carbon-neutral
envelope shipping

9-3-20

New
Case

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:UTZA  (586) 422-5508
L.I.MOHAMED SALEH

13203 MONTEGO DR

STERLING HEIGHTS, MI 48312
UNITED STATES US

SHIP DATE: 03SEP20
ACTWGT: 0.55 LB
CAD: 8892783/SSFO2110

TO  **U.S. DISTRICT EASTERN DIVISION**
     **OF U.S.**
     **231 LAFAYETTE BLVD**

**DETROIT MI 48226**



FedEx
Express

E

**Reusable**



TRK#
(0201)  3964 7825 8482

FRI – 04 SEP 10:30A
PRIORITY OVERNIGHT

**66 DTWA**

48226
MI-US  DTW

Align bottom of peel-and-stick airbill or pouch here.

Do not ship liquids, blood, or clinical specimens in this packaging.

Reuse this envelope if it is in good condition.

Express

## Extremely Urgent

**Helping the environment.**

When you use envelopes that are part of our FedEx carbon-neutral envelope shipping program, you're helping support sustainable projects like wind farms and reforestation. Our investments in these projects help neutralize the carbon emitted when shipping, all at no extra cost to you. Now that's a breath of fresh air.

See how FedEx connects the world in responsible and resourceful ways at **earthsmart.fedex.com**. Join our efforts by recycling this envelope.

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2013 FedEx 158011 REV 9/13

earthsmart
FedEx carbon-neutral
envelope shipping

U.S. MARSHALS

(Rev. 12/07) **CIVIL COVER SHEET** County in which action arose (Macomb)

JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Lila Saleh

**DEFENDANTS**
Quicken Loans, Peter Schneiderman, et al

**(b)** County of Residence of First Listed Plaintiff _Macomb_
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
13203 montego drive   586-422-5508
Sterling Heights MI 48312

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## V. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
[ ] 110 Insurance
[ ] 120 Marine
[ ] 130 Miller Act
[ ] 140 Negotiable Instrument
[ ] 150 Recovery of Overpayment & Enforcement of Judgment
[ ] 151 Medicare Act
[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
[ ] 153 Recovery of Overpayment of Veteran's Benefits
[ ] 160 Stockholders' Suits
[ ] 190 Other Contract
[ ] 195 Contract Product Liability
[ ] 196 Franchise

**REAL PROPERTY**
[ ] 210 Land Condemnation
[ ] 220 Foreclosure
[ ] 230 Rent Lease & Ejectment
[ ] 240 Torts to Land
[ ] 245 Tort Product Liability
[ ] 290 All Other Real Property

**TORTS**
PERSONAL INJURY
[ ] 310 Airplane
[ ] 315 Airplane Product Liability
[ ] 320 Assault, Libel & Slander
[ ] 330 Federal Employers' Liability
[ ] 340 Marine
[ ] 345 Marine Product Liability
[ ] 350 Motor Vehicle
[ ] 355 Motor Vehicle Product Liability
[ ] 360 Other Personal Injury

PERSONAL INJURY
[ ] 362 Personal Injury - Med. Malpractice
[ ] 365 Personal Injury - Product Liability
[ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
[ ] 370 Other Fraud
[ ] 371 Truth in Lending
[ ] 380 Other Personal Property Damage
[ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
[ ] 441 Voting
[ ] 442 Employment
[ ] 443 Housing/ Accommodations
[ ] 444 Welfare
[ ] 445 Amer. w/Disabilities - Employment
[ ] 446 Amer. w/Disabilities - Other
[ ] 440 Other Civil Rights

**PRISONER PETITIONS**
[ ] 510 Motions to Vacate Sentence
Habeas Corpus:
[ ] 530 General
[ ] 535 Death Penalty
[ ] 540 Mandamus & Other
[ ] 550 Civil Rights
[ ] 555 Prison Condition

**IMMIGRATION**
[ ] 462 Naturalization Application
[ ] 463 Habeas Corpus - Alien Detainee
[ ] 465 Other Immigration Actions

**FORFEITURE/PENALTY**
[ ] 610 Agriculture
[ ] 620 Other Food & Drug
[ ] 625 Drug Related Seizure of Property 21 USC 881
[ ] 630 Liquor Laws
[ ] 640 R.R. & Truck
[ ] 650 Airline Regs.
[ ] 660 Occupational Safety/Health
[ ] 690 Other

**LABOR**
[ ] 710 Fair Labor Standards Act
[ ] 720 Labor/Mgmt. Relations
[ ] 730 Labor/Mgmt.Reporting & Disclosure Act
[ ] 740 Railway Labor Act
[ ] 790 Other Labor Litigation
[ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
[ ] 422 Appeal 28 USC 158
[ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 Copyrights
[ ] 830 Patent
[ ] 840 Trademark

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 Black Lung (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID Title XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 Taxes (U.S. Plaintiff or Defendant)
[ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
[ ] 400 State Reapportionment
[ ] 410 Antitrust
[ ] 430 Banks and Banking
[ ] 450 Commerce
[ ] 460 Deportation
[X] 470 Racketeer Influenced and Corrupt Organizations
[ ] 480 Consumer Credit
[ ] 490 Cable/Sat TV
[ ] 810 Selective Service
[ ] 850 Securities/Commodities/ Exchange
[ ] 875 Customer Challenge 12 USC 3410
[ ] 890 Other Statutory Actions
[ ] 891 Agricultural Acts
[ ] 892 Economic Stabilization Act
[ ] 893 Environmental Matters
[ ] 894 Energy Allocation Act
[ ] 895 Freedom of Information Act
[ ] 900Appeal of Fee Determination Under Equal Access to Justice
[ ] 950 Constitutionality of State Statutes

## ORIGIN (Place an "X" in One Box Only)
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## I. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 US Code 1962
Brief description of cause:
R.I.C.O, FRAUD, THEFT, THREATS OF PHYSICAL HARM

## II. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## III. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD Lila Saleh

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                         ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.          Other than stated above, are there any pending or previously     ☒ Yes
            discontinued or dismissed companion cases in this or any other   ☐ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: 19th District

Case No.: 10- 0328 LT

Judge: Mark Somers

Notes : AND 48th District Court Case No 12-31927 GC 2 DIANE D'AGOSTINI