UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lila Saleh,

           Plaintiff,        Case No. 20-12469

v.                                Judith E. Levy
                                United States District Judge

Quicken Loans, et al.,
                                Mag. Judge David R. Grand

           Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE OR SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Lila Saleh filed the complaint in this matter on September 3, 2020. (ECF No. 1.) Plaintiff is suing for alleged collusion regarding eviction proceedings in state court. (*Id.* at PageID.4-7.) Plaintiff did not pay the filing fee or submit an application requesting to proceed with this lawsuit *in forma pauperis*. (ECF No. 3.)

On October 5, 2020, the Court ordered Plaintiff to submit the filing fee to the Clerk's Office or to electronically file an *in forma pauperis* application within seven calendar days of the notice. (*Id.*) As of this date,

Plaintiff has not yet filed the filing fee or submitted an application to proceed *in forma pauperis*.

Accordingly, this matter is DISMISSED WITHOUT PREJUDICE. E.D. Mich. L.R. 41.2.

IT IS SO ORDERED.

Dated: November 18, 2020        s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                 United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 18, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager